UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

OJ COMMERCE LLC,

        Plaintiff,

v.                                   Case No. 0:20-cv-60214

BEAZLEY USA SERVICES, INC.,

        Defendant.

## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Fed. R. Civ. P. 7.1, Defendant Beazley USA Services, Inc. states that its ultimate parent company is Beazley plc, a publicly traded company on the London Stock Exchange.

January 31, 2020                                  Respectfully submitted,

                                                       /s/ Charles C. Lemley
                                                     Charles C. Lemley
                                                     WILEY REIN LLP
                                                     Florida Bar No. 0016314
                                                     1776 K Street NW
                                                     Washington, DC 20006
                                                     Phone: 202-719-7354
                                                     clemley@wiley.law

                                                     *Counsel for Defendant Beazley USA Services, Inc.*