## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| OJ COMMERCE LLC, | ) | Case No. 20-60214-CIV-DIMITROULEAS |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | |
| BEAZLEY USA SERVICES, INC. | ) | |
| Defendant | ) | |
| _____ | ) | |

## JOINT SCHEDULING REPORT

Plaintiff, OJ COMMERCE, LLC and Defendant BEAZLEY USA SERVICES, INC hereby

jointly file this scheduling report, pursuant to this Court's order issued on February 3, 2020, and

S.D. Fla. L.R. 16.1(b).

**A.  the likelihood of settlement**

The parties have previously engaged in settlement conversations, but could not reach a

settlement.

**B.  the likelihood of appearance in the action of additional parties**

It is unlikely that other parties will appear in this action.

**C.   Discovery schedule**

The parties have selected this case to be an a relatively non-complex case requiring only

one (1) to three (3) days of trial. Discovery and pretrial deadlines are attached herein as Attachment

A.

**D.  proposals for the formulation and simplification of issues, including the
elimination of frivolous claims or defenses, and the number and timing of
motions for summary judgment or partial summary judgment**

At this time, the parties do not have any proposals for the formulation and simplification

of any issues. As the case progresses, the parties will, if appropriate, in good faith, confer to discuss

proposals for the formulation and simplification of issues in this case

**E. the necessity or desirability of amendments to the pleadings**

At this time, the parties do not have any reason to believe an amendment will be necessary.

**F. the possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence and suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The parties will work together to obtain admissions and stipulations that will avoid

unnecessary proof and presentation of cumulative evidence at trial.

**G. suggestions on the advisability of referring matters to a Magistrate Judge or master**

The parties do not consent to trial by the Magistrate Judge, nor to the disposition of

dispositive pre-trial motions, except for matters of discovery, by a Magistrate Judge or master.

**H. a preliminary estimate of the time required for trial**

The parties believe this matter will require 1-3 days of trial.

**I. requested date or dates for conferences before trial, a final pretrial conference, and trial;**

The parties request that the calendar call be scheduled for [JANUARY (confirm date with

judge chambers)], 2021 and that trial be scheduled to commence for the two week period

commencing on [JANUARY (confirm date with judge chambers)], 2021. Plaintiff has requested a

jury trial.

**J. any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced**

Page # 2 of 5

**claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist**

At this time, the parties are not aware of the need for advance rulings from the Court on the admissibility of evidence and do not currently have an agreement regarding admissions of fact or stipulations regarding production of documents, Electronically Stored Information ("ESI"), or things or the authenticity of the same. The parties will endeavor to agree and enter into factual and evidentiary stipulations to the extent possible to avoid unnecessary proof at trial, and will work cooperatively to facilitate the exchange of ESI and the filing of an ESI stipulation to govern ESI discovery.  The parties agree to the use of the ESI Checklist available on this Court's website for all matters enumerated therein.

**K.  any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

Respectfully submitted,

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025

By: /s/ <u>Shlomo Y Hecht</u>
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
Attorney for Plaintiff OJ COMMERCE, LLC

and

WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
(202) 719-7000

By: /s/ Charles C. Lemley
Florida Bar No. 00163
clemley@wiley.law
Counsel for Defendant Beazley USA Services, Inc.

**ATTACHMENT A**

1. March 1, 2020. Selection of mediator.

2. June 1, 2020. The parties shall file all motions to amend pleadings or to join parties.

3. September 1, 2020. The parties shall exchange expert witness summaries or reports.

4. September 15, 2020. The parties shall exchange rebuttal expert witness summaries or reports.

5. November 1, 2020. All discovery, including expert discovery, shall be completed

6. November 15, 2020. The parties must have completed mediation and filed a mediation report

7. December 1, 2020. The parties shall file all pre-trial motions, including motions for summary judgment, and Daubert motions.

8. December 15, 2020. The parties shall submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and shall file any motions in limine (other than Daubert motions)