UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60214-WPD

OJ COMMERCE LLC,

       Plaintiff-Counterclaim Defendant,

v.

BEAZLEY USA SERVICES, INC.,

       Defendant-Counterclaimant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

     In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew W. Beato of the law firm of Wiley Rein LLP, 1776 K Street NW, Washington, DC, 20006, (202) 719-7000, for purposes of appearance as co-counsel on behalf of Beazley USA Services, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew W. Beato to receive electronic filings in this case, and in support thereof states as follows:

     1.    Matthew W. Beato is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the District of Columbia and the State Bar of Virginia.

1

2.	Movant, Charles C. Lemley, Esquire, of the law firm of Wiley Rein LLP, 1776 K Street NW, Washington, DC, 20006, (202) 719-7000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.	In accordance with the local rules of this Court, Matthew W. Beato has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.	Matthew W. Beato, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew W. Beato at email address: mbeato@wiley.law.

WHEREFORE, Charles C. Lemley, moves this Court to enter an Order admitting Matthew W. Beato, to appear before this Court on behalf of Beazley USA Services, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew W. Beato.

Date: March 17, 2020		Respectfully submitted,

/s/ Charles C. Lemley
Charles C. Lemley
Florida Bar No. 00163
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
(202) 719-7000
clemley@wiley.law

*Counsel for Defendant Beazley USA Services, Inc.*