UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60214-WPD

OJ COMMERCE LLC,

      Plaintiff-Counterclaim Defendant,

v.

BEAZLEY USA SERVICES, INC.,

      Defendant-Counterclaimant.

**CERTIFICATION OF MATTHEW W. BEATO**

      Matthew W. Beato, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the District of Columbia and the State Bar of Virginia; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

      /s/ Matthew W. Beato
      Matthew W. Beato

1