UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-cv-60214-WPD

OJ COMMERCE LLC,

        Plaintiff-Counterclaim Defendant,

v.

BEAZLEY USA SERVICES, INC.,

        Defendant-Counterclaimant.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Matthew W. Beato, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Matthew W. Beato, may appear and participate in this action on behalf of Beazley USA Services, Inc. The Clerk shall provide electronic notification of all electronic filings to Matthew W. Beato, at mbeato@wiley.law.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of _____.

                                                          WILLIAM P. DIMITROULEAS

                                                          United States District Judge

Copies furnished to: All Counsel of Record