UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Cae No. 0:20-cv-60214-WPD
Civil Division -Dimitrouleas/Snow

OJ COMMERCE LLC,
    *Plaintiff*,
-vs-

BEAZLEY USA SERVICES, INC.
    *Defendant*
_____/

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff OJ COMMERCE LLC ("Plaintiff" or "OJC") hereby files this notice that the parties have agreed to select the following mediator:

    Jeffrey Grubman
    JAMS, The Resolution Experts
    2500 N. Military Trail, Suite 200
    Boca Raton, FL 33431

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully Submitted,
    Shlomo Y. Hecht, P.A.
    3076 N Commerce Parkway
    Miramar, FL 33025
    Phone: 954-861-0025

    By: /s/ <u>Shlomo Y Hecht</u>
    Florida State Bar No.: 127144
    Email: sam@hechtlawpa.com
    *Attorney for Plaintiff OJ Commerce, LLC*