**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**OJ COMMERCE LLC,**

        **Plaintiff,**

**v.**                                   **Case No. 0:20-cv-60214-WPD**

**BEAZLEY USA SERVICES, INC.,**

        **Defendant.**

_____

**CONSENT MOTION TO EXTEND TIME TO RESPOND**
**TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Defendant Beazley USA Services, Inc., pursuant to Local Rule 7.1, submits this consent motion to extend the time for it to respond to the Plaintiff's Motion for Attorney's Fees, Docket No. 29, by one week, from Monday, July 6, 2020, to Monday, July 13, 2020.  Good cause exists because complications imposed by the ongoing pandemic, as well as the intervening July 4th holiday, have made and will make coordination, communication, and work in general more difficult and time-consuming.  The Plaintiff, OJ Commerce LLC, consents to entry of this motion.

WHEREFORE, Defendant moves the Court to extend the time for it to respond to the Plaintiff's Motion for Attorney's Fees by one week, to Monday, July 13, 2020.

July 3, 2020                              Respectfully submitted,

                                          /s/ Charles C. Lemley
                                          Charles C. Lemley (Florida Bar No. 00163)
                                          Gary P. Seligman (admitted *pro hac vice*)
                                          Matthew W. Beato (admitted *pro hac vice*)
                                          WILEY REIN LLP
                                          1776 K Street, NW
                                          Washington, D.C. 20006
                                          (202) 719-7000
                                          clemley@wiley.law

                                          Bryce L. Friedman
                                          SIMPSON THACHER & BARTLETT LLP
                                          425 Lexington Avenue
                                          New York, New York 10017
                                          (212) 455-2000
                                          bfriedman@stblaw.com

                                          *Counsel for Defendant Beazley USA
                                          Services, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**OJ COMMERCE LLC,**

       **Plaintiff,**

**v.**                                **Case No. 0:20-cv-60214-WPD**

**BEAZLEY USA SERVICES, INC.,**

       **Defendant.**

_____

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

THIS CAUSE comes before the Court upon the Consent Motion to Extend Time to Respond to Plaintiff's Motion for Attorney's Fees ("Motion"). The Court has carefully considered the Motion, notes that it is unopposed and that good cause has been shown, and is otherwise fully advised in the premises.

Accordingly, it is ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant Beazley USA Services, Inc. shall file a response to Plaintiff's Motion for Attorney's Fees on or before July 13, 2020.

DONE AND ORDERED in Chambers at Broward County, Fort Lauderdale, Florida this ___ day of _____, 2020.

_____
WILLIAM P. DIMITROULEAS
United States District Judge