UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Cae No. 0:20-cv-60214-WPD
Civil Division -Dimitrouleas/Snow

OJ COMMERCE LLC,
    *Plaintiff*,
-vs-

BEAZLEY USA SERVICES, INC.
    *Defendant*
_____/

**PLAINTIFF OJ COMMERCE, LLC'S UNOPPOSED EMERGENCY MOTION TO RESCHEDULE HEARING**

Plaintiff OJ COMMERCE LLC ("Plaintiff" or "OJC") filed this emergency motion to reschedule the zoom hearing set for August 13, 2020 at 11am, on OJ Commerce, LLC's motion for attorney's fees. The reason for this request is due to counsel not feeling well, and unable to adequately present Plaintiff for tomorrow's hearing. A ruling on this motion is requested prior to August 13, 2020 at 11am, when the hearing is scheduled.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with counsel for Defendant and was advised that Defendant does not oppose the relief requested in this motion.

**Local Rule 7.1(d)(1) Certification**

After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide

meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions.

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served this document upon Respondent's counsel

Respectfully submitted,

>Shlomo Y. Hecht, P.A.
>3076 N Commerce Parkway
>Miramar, FL 33025
>Phone: 954-861-0025
>
>By: /s/ <u>Shlomo Y Hecht</u>
>Florida State Bar No.: 127144
>Email: sam@hechtlawpa.com
>*Attorney for Plaintiff OJ Commerce, LLC*