UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60214-CIV-DIMITROULEAS

OJ COMMERCE LLC,

    Plaintiff,

v.

BEAZLEY USA SERVICES, INC.,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION
## TO DETERMINE THAT FLORIDA LAW APPLIES

THIS CAUSE is before the Court upon Plaintiff OJ COMMERCE LLC ("Plaintiff" or "OJ Commerce")'s Motion to Determine that Florida Law Applies (the "Motion") [DE 137], filed on July 16, 2021.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiff's Motion [DE 137], whether construed as a motion for reconsideration of the Court's February 23, 2021 Omnibus Order on Motions for Summary Judgment [126][1], or as an additional summary judgment motion, is not timely nor it is permitted by this Court's Scheduling Order, the Local Rules of the Southern District of Florida, or the Federal Rules of Civil

---

[1] *See* [DE 126] at p. 12, n.3. ("Defendant Beazley argues that New York law governs this insurance contract dispute, whereas Plaintiff OJ Commerce takes the position that Florida law applies. No actual conflict between the law of New York and Florida is relevant to the Court's analysis of the issues raised in the parties' summary judgment motions; therefore, the Court will not undertake a choice of law analysis. *See Cooper v. Meridian Yachts, Ltd.*, 575 F.3d 1151, 1171 (11th Cir. 2009))".

1

Procedure[2]. Nor would the Motion be properly considered as a motion in limine. Plaintiff may offer evidence at trial, subject to any objections by Defendant and the Court's corresponding rulings on any objections. While the Court expects that the vast majority of the proposed jury instructions and verdict form will be jointly submitted, the parties may offer certain substantive instructions upon which they disagree, and the Court will resolve any disputes regarding the final versions of the jury instructions and verdict form at the charge conference, which typically takes place before the attorneys present their closing arguments to the jury.

Based upon the foregoing, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion [DE 137] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of July, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

---

[2] The Court notes that it is unclear what Rule the Plaintiff is seeking relief under in this Motion.